## Complaint Synopsis

| | |
|---|---|
| **Name:** | Jerry Smith |
| **Address:**<br>**(City & State Only)** | Lewiston, Maine |
| **Year of Birth and Age:** | 1977 - 46 years old |
| **Violation:** | <u>Count One</u>: Possession of a firearm by a prohibited person (felon), in violation of 18 U.S.C. § 922(g)(1). |
| **Penalties:** | <u>Count One</u>: Imprisonment of not more than fifteen years; fine not to exceed $250,000; or both.<br>18 U.S.C. § 924(a)(8).<br><br>This is a Class C felony. |
| **Supervised Release:** | <u>Count One</u>: Not more than three years.<br>18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | <u>Count One</u>: Not more than two years.<br>18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | <u>Count One</u>: Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI - TFO David Madore |
| **Detention Status:** | Warrant Requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Androscoggin |
| **AUSA:** | Lindsay Feinberg |
| **Guidelines apply? Y/N** | Yes |

| | |
|---|---|
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution? Y/N** | No |
| **Assessments:** | $100 on each count. |